IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00012-GPG

BRANDON BAKER, a Reverend,

     Plaintiff,

v.

WELLS FARGO, and
BLUE CREDIT UNION,

     Defendants.

---

## ORDER DRAWING CASE

---

     Plaintiff Brandon Baker is a resident of Colorado.   He commenced this action

*pro se* on December 4, 2019, in Larimer County, Colorado.   (*See* ECF No. 1-1).   On

January 2, 2020, Defendants removed the case to this federal court.   (*See* ECF No. 1).

They paid the filing fee.   (*See id.*).

     The Court has determined that this case does not appear to be appropriate for

review pursuant to D.C.COLO.LCivR 8.1(a).   Therefore, the case will be drawn to

District Judge R. Brooke Jackson and Magistrate Judge Nina Y. Wang.   *See*

D.C.COLO.LCivR 8.1(c), 40.1(d)(1); *Baker v. Wells Fargo, et al.*, Case No. 19-cv-

03416-RBJ-NYW (pending).

     Plaintiff is informed that he may choose to contact the Federal Pro Se Clinic at

(303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in

this matter.   The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj

United States Courthouse, 901 19th Street, Denver CO 80294.

Accordingly, it is

ORDERED that this case shall be drawn to District Judge R. Brooke Jackson and Magistrate Judge Nina Y. Wang.    *See* D.C.COLO.LCivR 8.1(c), 40.1(d)(1); *Baker v. Wells Fargo, et al.*, Case No. 19-cv-03416-RBJ-NYW (pending).

DATED January 6, 2020.

BY THE COURT:

_____
Gordon P. Gallagher
United States Magistrate Judge